## PLANT *v.* STOVALL.

ERROR TO THE SUPREME COURT OF THE STATE OF GEORGIA.

No. 82. Submitted January 22, 1872. — Decided February 5, 1872.

There being no error the judgment is affirmed.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court. We find no error in the record.

The judgment of the Supreme Court of Georgia is, therefore,

*Affirmed.*

*Mr. S. W. Johnston* and *Mr. Joseph P. Carr* for plaintiff in error.

No appearance for defendant in error.